**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00510-REB-CBS

COMPREHENSIVE ADDICTION TREATMENT CENTER, INC., a Colorado corporation, and
PAMELA MANUELE,

    Plaintiffs,

v.

DARIA LESLEA, individually, and in her official capacity as Controlled Substance Administrative, Division of Behavioral Health f/k/a Alcohol and Drug Abuse Division, Colorado Department of Human Services,
JANET WOOD, individually, and in her official capacity as Director, Division of Behavioral Health f/k/a Alcohol and Drug Abuse Division, Colorado Department of Human Services,
MARY McCANN, individually, and in her official capacity as Clinical Director, Division of Behavioral Health f/k/a Alcohol and Drug Abuse Division, Colorado Department of Human Services,
KAREN BEYE, individually, and in her official capacity as Executive Director, Colorado Department of Human Services,
JOSCELYN GAY, individually, and in her official capacity as Deputy Executive Director, Office of Behavioral Health, Colorado Department of Human Services,
KAREN MOONEY, individually, and in her official capacity as Treatment Field Manager, Division of Behavioral Health f/k/a Alcohol and Drug Abuse Division, Colorado Department of Human Services, and
THE COLORADO DEPARTMENT OF HUMAN SERVICES, DEPARTMENT OF BEHAVIORAL HEALTH,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on **Defendants' Unopposed Motion For Leave to Exceed Page Limit** [#31] filed June 16, 2010. The motion is **GRANTED**, and **Defendants' Motion To Dismiss Based on Qualified Immunity** [#30] is accepted for filing.

    Dated: June 16, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.