**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-00510-REB-CBS

COMPREHENSIVE ADDICTION TREATMENT CENTER, INC., a Colorado corporation,
and
PAMELA MANUELE,

    Plaintiffs,

v.

DARIA LESLEA, individually, and in her official capacity as Controlled Substance Administrative, Division of Behavioral Health f/k/a Alcohol and Drug Abuse Division, Colorado Department of Human Services, et al.,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on plaintiffs' **Unopposed Motion For Leave To Exceed Page Limit** [#41] filed July 13, 2010. The motion is **GRANTED**, and the **Plaintiffs' Response To Defendants' Motion To Dismiss Based On Qualified Immunity** [#40] is accepted for filing.

    Dated: July 13, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.