IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00510-REB-CBS

COMPREHENSIVE ADDICTION TREATMENT CENTER, INC., a Colorado corporation,
and
PAMELA MANUELE,

    Plaintiffs,

v.

DARIA LESLEA, individually, and in her official capacity as Controlled Substance Administrative, Division of Behavioral Health f/k/a Alcohol and Drug Abuse Division, Colorado Department of Human Services, et al.,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Defendants' Unopposed Motion For Leave To Re-File Reply Brief in Support of Motion To Dismiss** [#47] filed July 27, 2010. The motion is **GRANTED** and defendants are permitted to re-file their reply brief in support of the motion to dismiss that shall not exceed 15 pages.

    Dated: July 28, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.