IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                       Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-00510-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: August 5, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| COMPREHENSIVE ADDICTION TREATMENT CENTER, INC., et al., | Timothy Ryan Odil |
| Plaintiffs, | |
| v. | |
| DARIA LESLEA, *et al.,* | Amy Christine Colony |
| | Patricia Dianne Herron |
| Defendants. | |

                       COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 10:53 a.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding Defendants' Motion to Stay Discovery Based on Qualified Immunity, doc #[33], filed 6/16/2010.

**ORDERED:** Defendants' Motion to Stay Discovery Based on Qualified Immunity, doc #[33] is **DENIED WITHOUT PREJUDICE**. Counsel are directed to have a meaningful meet and confer discussion next week.

The court suggests that counsel draft and a set of proposed discovery prior to the meet and confer discussion. The court states that if the discussion is unproductive, counsel should serve their discovery requests, and opposing counsel has the right to object.

At the same meeting, the court suggests that Mr. Odil provide defense counsel with a date certain from the accountant. If there are issues related to the date, counsel should arrange a conference call and contact chambers.

Discussion regarding the timeliness of Rule 26(a) disclosures and the current deadline for designating experts. The parties agree that the expert Ms. Colony is referring to is a rebuttal expert, therefore, the deadline is November 15, 2010.

HEARING CONCLUDED.
**Court in recess**: 11:31 a.m.
Total time in court: 00:38

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.