**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00510-REB-CBS

COMPREHENSIVE ADDICTION TREATMENT CENTER, INC., a Colorado corporation, and
PAMELA MANUELE,

      Plaintiffs,

v.

DARIA LESLEA, individually, and in her official capacity as Controlled Substance Administrative, Division of Behavioral Health f/k/a Alcohol and Drug Abuse Division, Colorado Department of Human Services,
JANET WOOD, individually, and in her official capacity as Director, Division of Behavioral Health, f/k/a Alcohol and Drug Abuse Division, Colorado Department of Human Services,
MARY McCANN, individually, and in her official capacity as Clinical Director, Division of Behavioral Health, f/k/a Alcohol and Drug Abuse Division, Colorado Department of Human Services,
KAREN BEYE, individually, and in her official capacity as Executive Director, Colorado Department of Human Services,
JOSCELYN GAY, individually, and in her official capacity as Deputy Executive Director, Colorado Department of Human Services,
KAREN MOONEY,  individually, and in her official capacity as Treatment Field Manager, Division of Behavioral Health, f/k/a Alcohol and Drug Abuse Division, Colorado Department of Human Services, and
COLORADO DEPARTMENT OF HUMAN SERVICES, Department of Behavioral Health,

      Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter before me is the **Stipulation of Dismissal Without Prejudice Pursuant To Rule 41(a)(1)(A)(ii)** [#77] filed December 13, 2010.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal Without Prejudice Pursuant To Rule 41(a)(1)(A)(ii)** [#77] filed December 13, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for March 4, 2011, is **VACATED**;

3. That the jury trial set to commence March 21, 2011, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated December 14, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2